**12 CV 05053**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Calvin Reed
_____
_____
_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

("NYPD"), City of New York
_____

Detective LaQuidara, (Police
Officer)
_____
_____
_____
_____

(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☑ Yes  ☐ No
(check one)

JUN 26 2012
PRO SE OFFICE

## I.    Parties in this complaint:

A.    List your name, identification number, and the name and address of your current place of
confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper
as necessary.

Plaintiff    Name  Calvin Reed
ID #  349 11 12382
Current Institution  18-18 Hazen Street (ANKC)
Address  East Elmhurst, New York 11370
_____

B.    List all defendants' names, positions, places of employment, and the address where each defendant
may be served. Make sure that the defendant(s) listed below are identical to those contained in the
above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name Officer Laquidara    Shield #_____
Where Currently Employed NYPD
Address 151 West 100th street
Amsterdam Ave., New York, N.Y. 10025

Defendant No. 2    Name _____ Shield #_____
Where Currently Employed _____
Address _____
_____

Defendant No. 3    Name _____ Shield #_____
Where Currently Employed _____
Address _____
_____

Defendant No. 4    Name _____ Shield #_____
Where Currently Employed _____
Address _____
_____

Defendant No. 5    Name _____ Shield #_____
Where Currently Employed _____
Address _____
_____

## II.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur? MAnhattan
Detention Complex ("MDC")

B.    Where in the institution did the events giving rise to your claim(s) occur? Inside

Central bookings Section

C.    What date and approximate time did the events giving rise to your claim(s) occur? ON

May 3, 2011; however, in the Month of August 2011, two
agents had visit Me @ "MDC" in regards to property. They showed
a picture of officer Laquidara asking Me "is this the officer who
Rev. 05/2007 arrested you and demanded to hand over your watch?" And said
Lyes. See attached Property Voucher.

D.    Facts: I was arrested on May 3, 2011 on Broadway,
around 10AM for Menacing charges. However, Officer
LaQuidara & his partner was looking for "colors", falsely
arrested me without evidence, the complainant, who
never showed up to court nor, told officer LaQuidara &
partner that he was "pressing charges".

> **What happened to you?**

Detective LaQuidara, when I was driven from the precinct
to central bookings, right before I was committed to
"DOC", officer LaQuidara refused to return my watch &
money. Thereafter, thirty-five days later, I was released
and went to the precinct to pick up my watch & money
but officers who was working the desk told me that
officer (detective) LaQuidara was not working that day,
and for me to return on the day he'll be, in, which, was
Thursday. I returned on Thursday and he was not there
nor was he in the field. Thereafter, I began to see him,
on one occasion, on Amsterdam Ave. I asked him about
my watch & money and he told me to "go downtown to
one 1 Police Plaza", so when I got there, they said that
my "property was @ the warehouse in Long Island City".
I called the warehouse and they said that it was not there.

> **Who did what?**
>
> **Was anyone else involved?**
>
> **Who else saw what happened?**

## III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

False imprisonment, Emotional & Mental stress,
loss resident (SRO), single room occupancy.

_____

_____

## IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____    No ✓_____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). *Again, from the 24th Precinct, when Officer LaQuidara demand Me to take off My watch, to Central bookings is an "Outside Matter."*

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____    No ____    Do Not Know ✓

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____    No ____    Do Not Know ✓

If YES, which claim(s)? _____ *N/A*

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____    No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____    No ✓

E.    If you did file a grievance, about the events described in this complaint, where did you file the grievance? *As I Mentioned above, two agents visit Me @ MDC (FAC.)*

1.    Which claim(s) in this complaint did you grieve? *N/A* *@ this time*

2.    What was the result, if any? *N/A*

3.    What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. *N/A*

_____

_____

_____

_____

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here: *Because the incident did not occur in Jail or a facility, it happened @ the Precinct (24th), on 5/3/11 and thereafter, i was taken to Central bookings where Officer did not return My property*

2.    If you did not file a grievance but informed any officials of your claim, state who you

informed, when and how, and their response, if any: _No Grievance_

_____

_____

_____

_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_My Exhaustion is writing to "N.Y.P.D." and they referred the matter to the Internal Affairs Bureau ("I.A.B."), Which two agents Came to visit me @ "M.D.C."_

Note:    You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V.    Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _I would like for the Court to Settle the matter by the City admitting the fault And Compensate me for damages - I want the Court to Compel the "City of New York" to look into this matter And prevent this from happening to Anyone else. Also, the Police Officers who arrested me in the Month of July of 2011, Conspired with Detective Iacoviello to harass me Continually - enclosed are Complaints from the Civilian Complaint Review Board ("C.C.R.B.") And the Internal Affairs Bureau ("I.A.B."). Therefore, I ask this Court to Compel the City to settle the matter in the Amount of $612.00, Plus Emotional & Mental Anguish / Stress, false Imprisonment._

**VI.   Previous lawsuits:**

On these claims

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _✓_   No ____

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _Calvin Reed_ v.

Defendants _City of New York, et al.,_

2.   Court (if federal court, name the district; if state court, name the county) "_SDC_"

3.   Docket or Index number _11-CV-6897_

4.   Name of Judge assigned to your case _(LTS) (RLE)_

5.   Approximate date of filing lawsuit _2011_

6.   Is the case still pending?   Yes _✓_   No ____

If NO, give the approximate date of disposition _N/A_

7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

On other claims

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes _✓_   No ____

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _Alvin Reed_ v.

Defendants _Officer John Doe, et. al_

2.   Court (if federal court, name the district; if state court, name the county) "_SDC_"

3.   Docket or Index number _10-CV-6776_

4.   Name of Judge assigned to your case _(BSJ) (RLE)_

5.   Approximate date of filing lawsuit _2010_

6.   Is the case still pending?   Yes _✓_   No ____

If NO, give the approximate date of disposition _new_

7.    What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____

_____ *Pending* _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _16_ day of _MAY_, 20_12_

Signature of Plaintiff _Calvin Reed_

Inmate Number _349112382_

Institution Address _18-18 HAZEN St., (AMKC)_
_East Elmhurst, N.Y. 11370_

_____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _16_ day of _May_, 20_12_ I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:   _Calvin Reed_

**Queens Property Clerk**
47-08 Austell Pl., 2nd Floor
Long Island City, N.Y. 11101
Telephone (718) 433-2678
Facsimile (718) 433-3095

November 10, 2011

Reed Calvin
#3491112382
Manhattan Detention Complex for Men
125 White Street
New York, New York

Mr. Reed:

The Queens Property Clerk has received your most recent letter dated August, 2011, requesting the return of property clerk invoice R034528 which contains $12.00 in U.S. currency.

This office has located the invoice you have requested and have placed a hold on it until you are able to pick up the check with two (2) forms of identification one (1) of which is a photo. If you are unable to retrieve your property in person you can send an authorized agent on your behalf. That person would need (2) forms of identification one of which is a photo and also a notarized letter stating that you give them authorization to pick up your property.

As for the watch that you are requesting I have now knowledge of that property ever coming into my facility. I suggest that you contact the person that gave you the invoice listed above for further assistance.

If you should have any further questions regarding this matter contact the undersigned at the above address or telephone number.

S. Ramirez
Sergeant



POLICE DEPARTMENT
NEW YORK N.Y. 10038
Manhattan Property Clerk
1 Police Plaza
New York New York  10038

SeconD letter

Date- 11-09/11
Commend No. _____

Mr./~~Mrs.~~ CALVIN Reed # 349111/2382

This is to acknowlege your letter of 11-03-11 . We are unable
to process your request for the reason(s) indicated:
_____ You failed to provide the Property Clerks invoice number.

_____ You failed to provide a Districk Attorney"s Release for this property.

_____ If you do not have an invoicenumber or voucher number, provide the
precinct of arrest, date and arresting officer,s name.

_____ Other Thank you so much, for sending us your voucher
number #R034528 of CASH ~$12.00. This is No
a manhattan property clerK number. I am sendin
you Queens property clerK # 1 718- 433-2678.
I am sending the Info to Queens property clerK
into office mail

Refer to the above communication file number in any future correspondence:

Manhattan Property Clerk
1 Police Plaza  Rm S-20
New York, NY 10038

PAA Ramclam
MPC

COURTESY  •  PROFESSIONALISM  •  RESPECT
Website: http://nyc.gov/nypd

PD 158-151 (Rev. 12-07)

Therefore, Queens Property Clerk Claims that they Never received My Watch which Officer LaQuadira stole from me.

PROPERTY CLERK INVOICE

R034526

☐ ARREST EVIDENCE   ☐ DNA ARREST EVIDENCE   ☐ FORFEITURE   ☐ FOUND PROPERTY   ☐ PEDDLER PROPERTY
☐ INVESTIGATORY   ☐ DNA INVESTIGATORY   ☐ DECEDENT'S PROPERTY   ☐ SAFEKEEPING   ☐ OTHER

Invoicing Officer Rank/Name

| | | | |
|---|---|---|---|
| William | 914049 | 749 | 05/17/11 |

Owner of Property (See Instructions)

Calvin Reed   850 ... Avenue Apt 7F  New York 10025

| ITEM No | QTY | ARTICLE | CASH VALUE | PEDDLER/DEAD | SEJ/NARCO ENVELOPE No |
|---|---|---|---|---|---|
| 01 | 10 | One Dollar Bill | $5 | | |
| 02 | 00 | One Five | $2.00 | | |

Above is a complete list of property invoiced

TOTAL CASH VALUE $13.00

REMARKS: Briefly explain why the property was taken into custody (see instructions on BACK of this form)

At Tpo, above currency was recovered from original Property Clerk Invoice # 1000017897. The Seal ...

PAGE 7

DISTRIBUTION: 1) WHITE - PCD Filed Copy   2) WHITE - Inventory Unit Copy   3) YELLOW - PCD Work Copy
4. BLUE - Assigned Investigator's Copy   5) GREEN - ADA Copy   6) PINK - Prisoner/Finder Copy   7) GOLD - A/O's Copy

47-15 Pearson Place

Long Island City, Queens,

N.Y 11100

(718) 360-1020

(1) PCD # 11W000309

(2) 11M008886 ───⟩ Invoices

( This invoice was given to me by IAB who
Visit me in August 2011. )



POLICE DEPARTMENT
Manhattan Property Clerk
1 Police Plaza
New York, N.Y., 10038-1497

The City of New York

PAIA RamClam

CALVIN ReeD #349111382 258
mDC 125 White stre
NY NY 10013 (2)

)R POLICE EMERGENCY ONLY

DIAL 911

1001384497

This is a copy of the Envelope of the "second
Letter" 1 Police Plaza send to ME.

*ENCLOSED ARE letters I've written* to the WareHouse but Never received MY property I explained that J don't have anyone who can Pick up My Property. My girlfriend doesn't Know her way around the City and shes a psych patient; J enclosed a letter she sent Me to the WareHouse.

Dear Sir or Madam:

This request is made under the Freedom of Information Act (FOIA) 5 USC section 552, Privacy Act 5 USC sec.552a, Public Officers Law section 85.

Please ~~send me copies of~~ Contact the WareHouse and ask the Clerk of Property to forward MY Watch & $12.00.

As you know, the Freedom of Information Act provides that if portions of a document are exempt from release, the remainder must be segregated and disclosed. Therefore, I will expect you to send me all nonexempt portions of the records which I have requested, and ask that you justify any decisions with reference to specific exemptions of FOIA. The information requested is not to be used for commercial benefit, so I do not expect to be charged fees for your review of the material to see if it falls within one of FOIA's exemptions.

FOIA provides for the waiver or reduction of search and duplication fees where the "disclosure of the information is the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." This request should be exempt from all fees because _____ INdigent

If you deny this request, please notify me if fees will exceed $_____ so I can decide whether to pay the fees or appeal your denial of my request for the waiver.

Sincerely,

Calvin Reed

B/C #: 3491123712
NYC Dept. of Correction
Manhattan Detention Complex
125 White Street
New York, New York 10013

October 8, 2011

( P.s. Jm facing LONG Prison time )